1038

No. 00–1441. PENNINGTON v. TOWN OF FRONT ROYAL. Ct. App. Va. Certiorari denied.

No. 00–1460. BATTLE v. LEBLANC, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–1462. LEFKOWITZ v. BANK OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 00–1467. POOLE v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 00–1476. GONZALES v. NATIONAL BOARD OF MEDICAL EXAMINERS. C. A. 6th Cir. Certiorari denied.

No. 00–1483. CRAMPTON ET AL. v. ERVIN, CHANCELLOR, LEE COUNTY CHANCERY COURT, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1486. POLITI v. COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–1487. LAWSON v. LAWSON. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 00–1492. ROSS v. UNIVERSITY OF SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1494. BALTIMORE RAVENS, INC., ET AL. v. BOUCHAT. C. A. 4th Cir. Certiorari denied.

No. 00–1502. DOUG GRANT, INC., ET AL. v. GREATE BAY CASINO CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–1532. MCGLYNN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–1538. MONTGOMERY, FOR HIMSELF AND FOR ALL OTHERS SIMILARLY SITUATED, FOR THEMSELVES AND FOR AETNA PLYWOOD, INC. PROFIT SHARING PLAN AS SUCCESSOR TO AETNA PLYWOOD, INC., EMPLOYEE STOCK OWNERSHIP PLAN v. AETNA PLYWOOD, INC., ET AL. C. A. 7th Cir. Certiorari denied.